UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 16-60230-CIV-MORENO**

LATOIYA JOSEPH,

       Plaintiff,

vs.

PIONEER CREDIT RECOVERY, INC.,

       Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE came before the Court upon the parties' Joint Stipulation for Final Order of Dismissal **(D.E. 14)**, filed on **June 2, 2016**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is hereby

**ORDERED AND ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii).

DONE AND ORDERED in Chambers at Miami, Florida, this ___3___ of June 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record